AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| GBB DRINK LAB, INC., <br><br> *Plaintiff(s)* <br> v. <br> FSD BIOSCIENCES, INC. and FSD PHARMA, INC., <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 23-cv-60800 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FSD PHARMA, INC.
199 Bay St., Suite 4000,
Toronto, ON, M5L 1A9, Canada


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heitner Legal
215 Hendricks Isle
Fort Lauderdale, FL 33301
darren@heitnerlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*