UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 23-cv-60800

GBB DRINK LAB, INC.,

    Plaintiff,

v.

FSD BIOSCIENCES, INC. and
FSD PHARMA, INC.,

    Defendants.
_____/

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, GBB DRINK LAB, INC. ("Plaintiff"), by and through undersigned counsel, hereby discloses the following pursuant to the Court's Paperless Order to File Certificate of Interested Persons [D.E. 5]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    *Plaintiff discloses the following persons / entities:*

    a. **GBB Drink Lab, Inc. (Plaintiff)**
        a. **Miklos John Gulyas**
        b. **Jarrett Boon**
        c. **Gregory Blackman**
        d. **Kevin Anglieri**
    b. **Heitner Legal, P.L.L.C., (Darren Heitner) (Attorney for Plaintiff)**
    c. **Defendant and Defendant's counsel, as set forth on the ECF docket;**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*Plaintiff discloses the following persons / entities:*

**None/Unknown**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    *Plaintiff discloses the following persons / entities:*

    **None/Unknown**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution

    *Plaintiff discloses the following persons / entities:*

    **Aside from Plaintiff based on the relief requested in the Complaint, None**

*I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.*

May 8, 2023                                                                        Respectfully submitted.

**HEITNER LEGAL, P.L.L.C**
*Attorney for Plaintiff*
215 Hendricks Isle
Fort Lauderdale, FL 33301
Phone: 954-558-6999
Fax: 954-927-3333

By: /s/ Darren A. Heitner
DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

By: _/s/ Darren A. Heitner_
DARREN A. HEITNER