UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 23-CV-60800-AHS

| | |
|---|---|
| GBB DRINK LAB, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FSD BIOSCIENCES, INC., and FSD PHARMA, INC., | ) ) ) |
| Defendants. | ) ) ) ) |

**<u>DECLARATION OF ALEXANDER K. BREHNAN IN SUPPORT OF DEFENDANT FSD PHARMA, INC.'S MOTION TO DISMISS</u>**

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Chelsea E. Koff, Esq.
Florida Bar No. 0100557
New River Center, Suite 2100
200 East Las Olas Boulevard
Fort Lauderdale, FL 33301
ckoff@stearnsweaver.com

WILSON SONSINI GOODRICH
& ROSATI, P.C.
Jordan R. Jaffe (*pro hac vice* pending)
jjaffe@wsgr.com
Catherine Lacey (*pro hac vice* pending)
clacey@wsgr.com
Alexander K. Brehnan (*pro hac vice* pending)
abrehnan@wsgr.com

*Attorneys for Defendant FSD Pharma, Inc.*

I, Alexander K. Brehnan, declare:

1. I am an attorney of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant FSD Pharma, Inc. in the above-captioned action. I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein. This declaration is submitted in support of Defendant's Motion to Dismiss Plaintiff GBB Drink Lab, Inc.'s Complaint, filed concurrently herewith.

2. Attached hereto as **<u>Exhibit 1</u>** is a true and accurate copy of Plaintiff's patent number 9,186,350.

3. Attached hereto as **<u>Exhibit 2</u>** is a true and accurate copy of Plaintiff's patent number 10,028,991.

4. Attached hereto as **<u>Exhibit 3</u>** is a true and accurate copy of Plaintiff's patent number 10,893,694.

I declare under penalty of perjury under the laws of Florida that the foregoing is true and correct.

Executed this 30th day of May 2023 at Palo Alto, California.

DATED: May 30, 2023.

*/s/ Alexander K. Brehnan*
Alexander K. Brehnan, CA SBN 317776

Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: 650-493-9300
Email: abrehnan@wsgr.com

*Attorney for Defendant FSD Pharma, Inc.*