UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 23-CV-60800-AHS

GBB DRINK LAB, INC.,

    Plaintiff,

v.

FSD BIOSCIENCES, INC. and
FSD PHARMA, INC.,

    Defendants.
_____/

# COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTERCLAIM

Counterclaim Defendant, GBB DRINK LAB, INC. ("GBB"), by and through undersigned counsel, Heitner Legal, P.L.L.C., files this Answer to Defendant FSD PHARMA, INC.'s Counterclaim [D.E. 52] and states as follows:

1. Paragraphs 3 and 54-58 are directed to Third-Party Defendant, Joseph Romano, and thus GBB shall provide no response, whether it be an admission or denial.

2. GBB is without knowledge with respect to Paragraphs 8-14, 19, 25, 27, 29, 31, 39-40, 48, 52, and 60-61 and GBB therefore denies same.

3. GBB denies the allegations in Paragraphs 2, 15-17, 21, 26, 30, 32-38, 42-44, 47, 49-51, and 62-65.

4. GBB admits the allegations in Paragraphs 1, 6, 18, 20, 28, and 41.

5. Paragraphs 4, 5, and 7 call for a legal conclusion to which GBB does not admit nor deny. To the extent any allegations require such a response, GBB denies same.

6. As to Paragraphs 22-24 and 45-46 the language in the referenced documents speak for itself. Otherwise, denied.

7. No response is necessary for Paragraphs 53 and 59.

8. GBB denies the relief requested in Count II.

Dated: February 12, 2024

Respectfully submitted,

HEITNER LEGAL, P.L.L.C
*Counsel for Plaintiff*
215 Hendricks Isle
Fort Lauderdale, FL 33301
Phone: 954-558-6999
Fax: 954-927-3333

By:

DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com