UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

GBB DRINK LAB, INC.,

    Plaintiff,

v.

FSD BIOSCIENCES, INC., and
FSD PHARMA, INC.,

    Defendants.

CASE NO.: 0:23-cv-60800-AHS

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL DISCOVERY**

Defendants FSD Pharma Inc. and FSD Biosciences Inc., hereby withdraw their Motion to Compel Discovery (ECF No. 54) without prejudice.

Date: March 8, 2024

Respectfully submitted,

By:   */s/ Nicole R. Topper*
Nicole R. Topper, Esq.
Florida Bar No. 558591
**BLANK ROME LLP**
500 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL 33394
Phone: (954) 512-1805
Facsimile: (954) 512-1775
Email: Nicole.Topper@BlankRome.com

Jason A. Snyderman, Esq. (*pro hac vice*)
Danielle C. Hudson, Esq. (*pro hac vice*)
Robert C. Levicoff, Esq. (*pro hac vice*)
**BLANK ROME LLP**
130 North 18th Street
Philadelphia, PA 19103
Email: Jason.Snyderman@BlankRome.com
Email: Danielle.Hudson@BlankRome.com
Email: Robert.Levicoff@BlankRome.com

***Attorneys for Defendants***

(CERTIFICATE OF SERVICE ON FOLLOWING PAGE)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 8, 2024, with the Clerk of the Court by using the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

*/s/Nicole R. Topper*
Nicole R. Topper, Esq.
Florida Bar No. 558591