UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60800-CIV-DAMIAN/VALLE

**GBB DRINK LAB, INC.**,

    Plaintiff,

vs.

**FSB BIOSCIENCES, INC.**, and
**FSD PHARMA, INC.**,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER [ECF NO. 75]

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Extend Deadlines in Scheduling Order [ECF No. 75 (the "Motion")], filed June 26, 2024.

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. This Court finds counsel has demonstrated good cause for the requested relief and notes that the requested relief is jointly filed. Accordingly, it is

**ORDERED** that the Joint Motion **[ECF No. 75]** is **GRANTED**. The Trial and Pre-Trial Schedule **[ECF No. 61]** is amended as follows:

THIS MATTER is set for **Jury Trial** during the Court's two-week trial calendar beginning **Monday, June 16, 2025**. Counsel for all parties shall also appear at a **Calendar Call** via Zoom at **1:30 p.m. on Tuesday, June 10, 2025**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 205C at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

The parties shall adhere to the following schedule:

**January 31, 2025.** Fact discovery shall be completed.

**February 14, 2025.** The parties shall disclose experts and exchange expert witness summaries or reports.

**February 28, 2025.** The parties shall exchange rebuttal expert witness summaries or reports.

**March 17, 2025.** Expert discovery shall be completed.

**March 21, 2025.** The parties shall complete mediation and file a mediation report.

**March 31, 2025.** The parties shall file all pre-trial motions and *Daubert* motions.

**April 30, 2025.** The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.

**May 21, 2025.** Counsel shall meet to review pre-marked exhibits and proposed demonstrative exhibits.

**May 23, 2025.** The parties shall file all depositions to be used at trial and advise of the deposition portions to be used at trial by designating the page and line of each deposition. If both parties plan to use the deposition of a particular witness, the parties shall confer and file only one copy of the transcript. **Any objections or counter-designations shall be filed within ten (10) days of the designations.**

**June 2, 2025.** The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 1st day of July, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Alicia O. Valle
Counsel of Record