UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:23-cv-60800-DAMIEN/VALLE

GBB DRINK LAB, INC.,
   Plaintiff,

v.

FSD BIOSCIENCES, INC. and FSD
PHARMA, INC.,

   Defendants,

   and

FSD PHARMA, INC.,

   Third-Party Plaintiff/Counterclaim Plaintiff,

v.

GBB DRINK LAB, INC., and JOSEPH ROMANO,
   Third-Party Defendants/Counter Defendants.
_____/

## REPORT OF MEDIATION

A mediation conference was held on May 19, 2025 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

_____ A complete agreement was reached.

_____ A partial agreement was reached.

___X___ No agreement was reached.

_____ The mediation was adjourned until _____.

_____
Karen Evans-Putney, Mediator

May 19, 2025
Date