## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| GBB DRINK LAB, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> FSD PHARMA INC. and FSD BIOSCIENCES INC., <br><br> Defendants/Counterclaimant. <br><br>――――――――――――――――――― <br><br> FSD PHARMA INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JOSEPH ROMANO, <br><br> Third-Party Defendant. | CASE NO. 23-CV-60800 |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendant/Counterclaimant/Third-Party Plaintiff FSD Pharma Inc. and Defendant FSD Biosciences Inc. (collectively, "Defendants") Motion for Summary Judgment, and all responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendants and Plaintiff GBB Drink Lab, Inc.'s First Amended Complaint is **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

_____
United States District Judge