**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

GBB DRINK LAB, INC.,

          Plaintiff/Counterclaim Defendant,

v.

FSD PHARMA INC. and FSD
BIOSCIENCES INC.,

          Defendants/Counterclaimant.

_____

FSD PHARMA INC.,

          Third-Party Plaintiff,

v.

JOSEPH ROMANO,

          Third-Party Defendant.

CASE NO. 23-CV-60800

**DEFENDANTS FSD PHARMA INC.'S AND FSD BIOSCIENCES, INC.'S**
**STATEMENT OF MATERIAL FACTS IN OPPOSITION TO**
**PLAINTIFF GBB DRINK LAB, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendants FSD Pharma Inc. ("FSD Pharma") and FSD BioSciences, Inc. ("FSD BioSciences") (collectively, "FSD") file this Statement of Material Facts in opposition to Plaintiff GBB Drink Lab, Inc.'s ("GBB") Motion for Summary Judgment [ECF 116] and GBB's corresponding Statement of Material Facts [ECF 117].  Pursuant to Local Rule 56.1(b)(2), FSD Pharma responds to [ECF 117] as follows:

1. ███████████████████ ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[1] Multiple of GBB's paragraphs assert several alleged facts, in violation of Local Rule 56(b)(1)(B).

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

2.    ████████████████████████████████

████████████████████████████████

3.    ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

4.    ████████████████████████████████

████████████████████████

5.    ████████████████████████████████

███████████████████████████████████████

6.    ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████    ██████████████████

████████████████████████████████

7.   ████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████

8.   ██████████████████

9.   ████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

10.     ██████████████████████████████████

███████████████████████████████

11.     ███████████████████████████████

12.     ██████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

13.     Undisputed.

14.     ██████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

15.     Undisputed.

16.     ██████████████████████████████████

---

██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

17. ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████.

18. ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████

19. ████████████████████████████████████

██████████████████████.

20. ████████████████████████████████████

████████████████   ███████████████████████████

███████████████████████████████████████████████

█████████████████████████████████

21. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████

22. Undisputed.

23. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

24. ████████████████████████████████    █████████████

████████████████████████████████████████████

████████████████████████████████████

25. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████

26.    ████████████████████████████████████████

27.    Disputed as to the several factual averments.  First, the "ingredient list" is **not**

"Confidential Information" because GBB's formulator, David Sandler, testified that ████████████

████████████████████████████████████████.  Ex. 6, Sandler Dep.

339:4-10.  Second, ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████.  Ex. 11, Kotra Dep. 148:1-149:4, 159:6-163:2, 177:9-178:4.  Third, FSD **did**

**produce** ████████████████████████████████████████.  *See* Exs.

15 and 16.  Fourth, there is no evidence that ████████████████████████████████

████████████████████████████████████████.  Finally, GBB

only sought information relating to Power Brands (which FSD agreed to, and did, produce) ([ECF

118], Ex. 4, Requests 53-54), or broadly "[a]ll documents and communications to third parties

informing them of the existence of this action" ([ECF 118], Ex. 4, Request 62), which requests

documents and communications *after* May 1, 2023 [ECF 1].

28.    ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

29.    Undisputed.

30.    Undisputed.

31.     Undisputed.

32.     ████████████████████████████████████████████

████████████████████████████.

33.     ████████████████████████████████████████████

██████████████████████████████████████.

34.     █████████████████████████████████

35.     ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████.

36.     ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████.

37.     ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████.

38.   ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████

39.   ████████████████████████████████████

████████████████████████████.

40.   ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

41.   ████████████████████████████████████

████████████████████████████████████████████████

42.



43.

**DEFENDANTS' STATEMENT OF ADDITIONAL FACTS
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

44.     FSD received various emails from GBB in the course of due diligence sharing

███████████████████████████████████. *See* Exs. 4 (Aug. 22, 2022); 26 (Aug.

26, 2022 Email); 27 (Sept. 1, 2022 Email).

45.     ████████████████████████████████████████████

████████████████████████████" *See* Exs. 4, 26, 27.

46.     ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████

47.     FSD received the expert report of Mark Gauthier and took his deposition in this

matter regarding GBB's damages claims.  Exs. 28 and 29.

48.     FSD submitted the rebuttal report of Mr. David Smith to GBB in response to GBB's

purported expert Mark Gauthier.  Ex. 30.

Dated: August 11, 2025

Respectfully submitted,

**BLANK ROME LLP**

By: */s/Michael R. Esposito*
    Michael Esposito
    Florida Bar No. 37457
    Blank Rome LLP
    100 S. Ashley Drive, Suite 600
    Tampa, FL 33602
    Phone: (813) 255-2300
    Facsimile: (813) 830-7444
    Email:  Michael.Esposito@BlankRome.com

    Jason A. Snyderman (*pro hac vice*)
    John P. Wixted (*pro hac vice*)
    Timothy J. Miller (*pro hac vice*)
    Blank Rome LLP
    130 North 18th Street
    Philadelphia, PA 19103
    Email: Jason.Snyderman@BlankRome.com
    Email: John.Wixted@BlankRome.com
    Email: Timothy.Miller@BlankRome.com
    *Counsel for Defendants FSD Pharma, Inc.*
    *and FSD BioSciences, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 11, 2025, with the Clerk of the Court by using the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

*/s/ Michael R. Esposito*
Michael R. Esposito
