# EXHIBIT A

**Gabby Mangar**

| | |
|---|---|
| **From:** | Miller, Timothy <timothy.miller@blankrome.com> |
| **Sent:** | Wednesday, September 17, 2025 11:11 AM |
| **To:** | damian@flsd.uscourts.gov |
| **Cc:** | Lawren A. Zann; Meagan Nicholson; Nathan Gallinat; Sharon Urias; Darren Heitner; Jonathan Schwartz; Esposito, Michael R.; Snyderman, Jason A.; Wixted, John P.; Levicoff, Robert C. |
| **Subject:** | Case No. 23-cv-60800 GBB Drink Lab Inc. v. FSD Biosciences, Inc. et al. |

[External Sender]

To the Chambers of Judge Melissa Damian,

I am following up to a call that I made earlier this morning to Judge Damian's chambers. I had called to confirm that this matter was set for the jury trial calendar for the first two weeks of November. On the call, I indicated that the ECF database did not list a Jury Demand (shown below) and wanted to confirm that we were still set for a jury trial during that period.

Chambers indicated that this may result in potential changes to the pretrial schedule and that Judge Damian may hold a bench trial instead. Since that may result in substantial changes, I am following up in writing and including all counsel so they are aware. If Judge Damian would like to hold a status conference to discuss with all parties present, please let us know.

> **0:23-cv-60800-MD** GBB DRINK LAB, INC. v. FSD BIOSCIENCES, INC. et
> Melissa Damian, presiding
> Alicia O. Valle, referral
> **Date filed:** 05/01/2023
> **Date of last filing:** 08/27/2025
>
> ## Case Summary
>
> **Office:** Ft Lauderdale      **Filed:** 05/01/2023
> **Jury Demand:** None           **Demand:**
> **Nature of Suit:** 190         **Cause:** 28:1332 Diversity-Breach of Contract
> **Jurisdiction:** Diversity     **Disposition:**
> **County:** Broward (Office - Ft Lauderdale)  **Terminated:**
> **Origin:** 1                   **Reopened:**
> **Lead Case:**                  None
> **Related Case:**               None                              **Other Court Case:** No

Respectfully,
Timothy Miller

**Timothy J. Miller (they/them/theirs)** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
+1 (215) 569-5654 | timothy.miller@blankrome.com

************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

************************************************************************************