# EXHIBIT B

Page 1

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
            FORT LAUDERDALE DIVISION
              CASE NO. 23-CV-60800

GBB DRINK LAB, INC.,               )
                                   )
          Plaintiff/               )
          Counter Defendant,       )
                                   )
     vs.                           )
                                   )
FSD PHARMA, INC., and FSD          )
BIOSCIENCES, INC.,                 )
                                   )
          Defendants/              )
          Counter-claimants.       )
-------------------------------    )
FSD PHARMA, INC.,                  )
                                   )
          Third-Party              )
          Plaintiff,               )
     vs.                           )
                                   )
JOSEPH ROMANO,                     )
                                   )
          Third-Party              )
          Defendant.               )


       CONFIDENTIAL - ATTORNEYS' EYES ONLY

     VIDEOTAPED VIDEOCONFERENCE DEPOSITION

                      OF

           EDWARD G. BROWN, PH.D.

           June 30, 2025 - 9:01 a.m.


Stenographically
  Reported by:     Lisa A. Wheeler, RPR, CRR
```



Page 142

1

Page 143

1

Page 144

1
2

15   Q.  Okay.  So you'd agree with me that a
16   court or a juror could conduct that same analysis
17   and they do not necessarily need the same
18   technical background that you have.  Is that fair
19   to say?
20

Page 145

1

Page 290

Page 291

Page 292

16   Q.   So, for example, an attorney, a judge,
17 or a juror could look at what's in the patent and
18 compare it to, for example, an ingredient list,
19 correct?
20

Page 293



Page 306 — [redacted]

Page 307 — [redacted]

Page 308

20   Q.   So in terms of your review of the
21   documents, Mr. Brown, can you agree with me that
22   for the vast majority of your analysis, a
23   layperson such as a juror or even a judge could
24   do a similar analysis and reach their own
25   independent conclusions about the documents that

Page 309

1   you reviewed?
2   [redacted]

MAGNA LEGAL SERVICES