UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60800-CIV-DAMIAN/VALLE

**GBB DRINK LAB, INC.,**

    Plaintiff,

v.

**FSB BIOSCIENCES, INC.,** *and*
**FSD PHARMA, INC.,**

    Defendants.
_____/

**FSD PHARMA, INC.,**

    Third-Party Plaintiff,

v.

**JOSEPH ROMANO,**

    Third-Party Defendant,
_____/

## FINAL JUDGMENT AS TO COUNT I OF THIRD PARTY COMPLAINT

**THIS CAUSE** is before the Court following the Order on Joseph Romano's Motion For Final Summary Judgement [ECF No. 217], entered on December 29, 2025, which fully resolved a discrete claim asserted by Counterclaim Plaintiff/Third-Party Plaintiff FSD Pharma Inc. ("FSD Pharma" or "FSD") against Third-Party Defendant Joseph Romano ("Romano"), while other claims and parties remain pending. It is hereby,

    **ORDERED AND ADJUDGED** that,

    The Court has fully and finally adjudicated the following claim: Count I of the Third Party Complaint– Breach of Fiduciary Duty, asserted by Counterclaim Plaintiff/Third-Party

Plaintiff FSD Pharma Inc. against Third-Party Defendant Joseph Romano, as pleaded in Defendant FSD Pharma's Counterclaim and Third-Party Complaint [ECF No. 52]. No further issues remain to be resolved with respect to this claim.

Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly finds that the adjudication of Count I – Breach of Fiduciary Duty, constitutes a final decision within the meaning of Rule 54; and there is no just reason for delay in directing entry of final judgment as to this claim.

THE COURT further finds that the adjudicated claim is sufficiently distinct from the remaining claims such that immediate entry of judgment will not result in piecemeal or duplicative appellate review. Accordingly, the Court **DIRECTS** the Clerk of Court to enter **PARTIAL FINAL JUDGMENT against** Counterclaim Plaintiff/Third-Party Plaintiff FSD Pharma Inc. and **in favor** of Third-Party Defendant Joseph Romano as to Count I of the Third Party Complaint - Breach of Fiduciary Duty, asserted in ECF No. 52.

This Order does not resolve costs or attorney's fees associated with the adjudicated claim. Any request for attorney's fees or costs shall be made in compliance with Federal Rule of Civil Procedure 54(d) and applicable local rules.

All remaining claims and parties not expressly identified in this Order remain pending before the Court.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 5th day of January, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record