**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 23-cv-60800-MD

| | |
|---|---|
| GBB DRINK LAB, INC., | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § |
| FSD BIOSCIENCES, INC. and | § |
| FSD PHARMA, INC., | § |
| | § |
| Defendants. | § |

**NOTICE OF FILING PETITION FOR WRIT OF MANDAMUS**

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), the Defendants respectfully provide notice to the Court of Defendant's Petition for Writ of Mandamus, filed today in the Eleventh Circuit, styled: *In re: FSD Biosciences, Inc., et al*, No. 26-12088 ("the Writ"). A copy of the Writ is attached as Exhibit A.

June 16, 2026

Respectfully submitted,

*/s/ Lindsey Lazopoulos Friedman*
Lindsey Lazopoulos Friedman (Fla. Bar No. 091792)
lfriedman@holtzmanvogel.com

Jeffrey S. Beelaert (admitted pro hac vice)
Don Z. Gray (admitted pro hac vice)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Office: (208) 388-1200
jbeelaert@givenspursley.com
dongray@givenspursley.com

*Counsel for Defendants FSD Bioscience, Inc. and*
*FSD Pharma, Inc.*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2026, I electronically filed a copy of the  foregoing document with the Clerk of the Court using the CM/ECF and has been served via CM/ECF on all counsel of record.

*/s/ Lindsey Lazopoulos Friedman*
Lindsey Lazopoulos Friedman

2