UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60800-CIV-DAMIAN

GBB DRINK LAB, INC.,

     Plaintiff,

v.

FSB BIOSCIENCES, INC., *and*
FSD PHARMA, INC.,

     Defendants.

_____/

## ORDER ON MOTION TO STAY TRIAL DEADLINES [ECF NO. 249]

**THIS CAUSE** came before the Court upon Defendants, FSD Biosciences, Inc. and FSD Pharma, Inc.'s, Motion to Stay Trial Deadlines, filed June 26, 2026 [ECF No. 249].

THE COURT has reviewed the Motion, the Response and Reply thereto [ECF Nos. 250, 252], and the pertinent portions of the record and is otherwise fully advised.

This Court finds good cause for a brief delay of the trial and pretrial deadlines to assure the Magistrate Judge has sufficient time to schedule and hold a settlement conference. *See* Order Granting Joint Motion for Referral to Magistrate Judge for Settlement Conference [ECF No. 253]. Accordingly, it is

**ORDERED** that the Motion **[ECF No. 249]** is **GRANTED IN PART**.

The trial of this matter is continued to the two-week trial period beginning August 24, 2026. Calendar Call will be held on August 19, 2026, at 1:30 PM. The Calendar Call and trial will take place in the Fort Lauderdale Division in Courtroom 205C at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The parties shall adhere to the following schedule:

**July 31, 2026.** The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.

**August 10, 2026**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

All other deadlines and requirements set forth in this Court's prior scheduling orders (*see, e.g.* ECF No. 244) remain in full force and effect.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of July, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Hon. Jared M. Strauss

Counsel of record