**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 23-cv-60800-MD

| | |
|---|---|
| GBB DRINK LAB, INC., | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § |
| FSD BIOSCIENCES, INC. and FSD PHARMA, INC., | § |
| | § |
| | § |
| Defendants. | § |

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

Defendants respectfully request the Court continue the Trial in this matter for a special set and agreed trial period in October due to Counsel for Defendants Lindsey Lazopoulos Friedman's personal and professional conflicts with the current setting. Defendants have conferred with Plaintiff, who do not oppose counsel's request, are available in October, and would prefer a special-set trial period. Accordingly, and for the following reasons, Defendants respectfully request that the Court continue the trial setting:

1. On July 3, 2026, the Court granted in part, the Defendants' Motion to Continue. D.E. No. 254. The Defendants requested a trial setting in September, the Court's Order set the trial during the period of August 24, 2026 – September 4, 2026. D.E. No. 254.
2. Counsel for Defendants, Lindsey Lazopoulos Friedman, had several conflicts during this period but was hopeful the Case would resolve and the trial setting would be irrelevant. However, following the unsuccessful settlement conference, Counsel Lazopoulos Friedman must now respectfully seek a brief continuance of the trial period based on the following substantive personal and professional conflicts that predated the July 3, 2026, order setting trial and which significantly conflict with the current setting:

a. Counsel Lazopoulos Friedman's [redacted] surgery on August 24, 2026, and counsel anticipated assisting [redacted] the hospital, and home from the hospital in the following days [redacted]. This surgery required scheduling with a specialist surgeon and was scheduled in April 2026.

b. Counsel Lazopoulos Friedman is speaking at the investiture of the United States Attorney for the Western District of Louisiana in Lafayette, Louisiana on Friday, August 28, 2026. This investiture was scheduled on June 16, 2026.

c. Counsel Lazopoulos Friedman is moderating a discussion between a Federal District Judge, a Tennessee Supreme Court Justice, and the Tennessee Attorney General in Nashville, Tennessee on September 1, 2026. This panel was scheduled on April 17, 2026.

d. In addition, Counsel Lazopoulos Friedman has personal doctor's appointments also on August 24, 2026, and September 3, 2026, related to a medical condition that developed after the July 3, 2026, order, but nonetheless requires medical consultation at a specific time, which unfortunately is during the trial period. Counsel has shared additional details of the condition with Plaintiff's counsel and is prepared to do so with the Court at sidebar during calendar call on August 19, 2026.

e. Counsel includes these details to demonstrate the earnestness of the request.

3. Counsel Lazopoulos Friedman conferred with counsel Lawren A. Zann for Plaintiff on August 13, 2026. Counsel for Plaintiff was extremely gracious, courteous and kind and immediately agreed to confer with Plaintiff's witnesses. Counsel's reaction was strikingly professional and comforting. Based on the conferral, all witnesses are available for a special set trial during the week of October 12-23, 2026. Counsel for Defendants have conferred with our witnesses who are also available during October

2026 (one witness is not available until October 14, but trial is anticipated to be 5-9 days and thus he will still be present to testify during the trial period).

4. The parties have exchanged jury instructions, exhibit and witness lists, verdict forms, and other trial preparation materials. The parties will be prepared to attend the August 19, 2026, calendar call as scheduled, and will be prepared to try the case in October 2026.
5. This Motion is made in good faith by Counsel Lindsey Lazopoulos Friedman and is not for the purpose of delay. The requested relief will not prejudice or burden the Plaintiff, as Plaintiffs do not oppose the relief requested.

WHEREFORE, the Defendants respectfully request that the Court continue the trial setting in this matter for a special setting during the October 12-23, 2026, trial period, and thank the Court for its consideration.

**Certificate of Conferral Local Rule 7.1(a)(3)**

Under Southern District of Florida Local Rule 7.1(a)(3), the Defendants conferred with the Plaintiffs regarding the relief sought herein and Plaintiffs stated that they do not oppose seeking a continuance, and in fact, prefer a special setting to provide certainty for travel arrangements and accommodations.

August 13, 2026

Respectfully submitted,

*/s/ Lindsey Lazopoulos Friedman*

Mark I. Pinkert (Florida Bar No. 1003102)
mpinkert@holtzmanvogel.com
Lindsey Lazopoulos Friedman (Fla. Bar No. 091792)
lfriedman@holtzmanvogel.com

Jeffrey S. Beelaert (admitted pro hac vice)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Office: (208) 388-1200
jbeelaert@givenspursley.com
dongray@givenspursley.com

*Counsel for Defendants FSD Bioscience, Inc. and FSD Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2026, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF and has been served via CM/ECF on all counsel of record.

*/s/ Lindsey Lazopoulos Friedman*
Lindsey Lazopoulos Friedman